# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|                                   |   |                                  |
|-----------------------------------|---|----------------------------------|
|                                   | : | MDL DOCKET NO. 4:03-CV-1507-WRW  |
| IN RE:                            | : |                                  |
| PREMPRO PRODUCTS LIABILITY        | : |                                  |
| LITIGATION                        | : | ALL CASES                        |

## ORDER

Exhibit A lists two-hundred non-Arkansas cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

As was mentioned in the March 19, 2010, Order,[3] cases designated under PPO-9 are no longer limited to cases with Wyeth and Pfizer as the only defendants and claims for only breast cancer injuries. Additionally, I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within six months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 23rd day of March, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATE DISTRICT COURT

---

[1] This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2] With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3] Doc. No. 2235.

**EXHIBIT A**

| | | |
|---|---|---|
| 4:03-cv-00712-WRW | Massey, et al v. Wyeth Inc, et al | USDC SD MS |
| 4:03-cv-00825-WRW | Collins v. Wyeth, et al | USDC WD KY |
| 4:03-cv-00927-WRW | Byrd, et al v. Wyeth Inc, et al | USDC SD MS |
| 4:03-cv-00935-WRW | Cooley, et al v. Wyeth Inc, et al | USDC SD MS |
| 4:04-cv-00058-WRW | Jenkins, et al v. Wyeth, et al | USDC SD MS |
| 4:04-cv-00083-WRW | Alpert v. Ayerst Labs Inc, et al | USDC CD CA |
| 4:04-cv-00195-WRW | Wiede, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00199-WRW | Tipton, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00217-WRW | Whitaker, et al v. Wyeth Inc, et al | USDC ED TX |
| 4:04-cv-00223-WRW | Honeycutt v. Wyeth Inc, et al filed | USDC ED TX |
| 4:04-cv-00224-WRW | Ashlock, et al v. Wyeth Inc, et al | USDC ND TX |
| 4:04-cv-00226-WRW | Meldahl, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00237-WRW | Gestiada, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00241-WRW | Grant, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00249-WRW | Tye v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00250-WRW | Seipel, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00258-WRW | Newton, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00260-WRW | Peek, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00265-WRW | Townsend v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00268-WRW | Peschka, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00270-WRW | Beal, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00271-WRW | Bingham, et al v. Wyeth Inc, et al | USDC SD TX |
| 4:04-cv-00300-WRW | Thibodeaux, et al v. Wyeth Inc, et al | USDC ED TX |
| 4:04-cv-00304-WRW | Puls, et al v. Wyeth Inc, et al | USDC NH |
| 4:04-cv-00563-WRW | Carerra, et al v. Wyeth, et al | USDC SD TX |
| 4:04-cv-00750-WRW | Davies v. Wyeth, et al | USDC ND UT |
| 4:04-cv-00754-WRW | Groover v. Wyeth Inc, et al | USDC SD GA |
| 4:04-cv-00755-WRW | Mikulec v. Pfizer Inc, et al | USDC ND IL |
| 4:04-cv-00820-WRW | Taulker, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00821-WRW | Zimmerman v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00729-WRW | Ballard, et al v. Wyeth, et al | USDC ND FL |
| 4:04-cv-00759-WRW | Gray v. Wyeth, et al | USDC UT |
| 4:04-cv-00805-WRW | Naumowicz, et al v. Wyeth, et al | USDC ED WI |
| 4:04-cv-00806-WRW | Strode v. Wyeth Inc, et al | USDC CD IL |
| 4:04-cv-00809-WRW | Mesojedec v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00810-WRW | McIntyre v. Wyeth , et al | USDC ND OH |
| 4:04-cv-00813-WRW | Miller v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00814-WRW | St John-Goodrichv. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00833-WRW | Nicholas v. Pharmacia & Upjohn, et al | USDC MN |
| 4:04-cv-00928-WRW | Mulcahy, et al v. Pharmacia & Upjohn, | USDC MN |

| Case Number | Caption | Court |
|---|---|---|
| 4:04-cv-00938-WRW | Watson, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-00965-WRW | Bonnano, et al v. Wyeth, et al | USDC ED NC |
| 4:04-cv-00964-WRW | Mars v. Duramed Pharm Inc et al | USDC ND CA |
| 4:04-cv-00967-WRW | Meacham, et al v. Wyeth Inc, et al | USDC MN |
| 4:04-cv-00968-WRW | Baldonado, et al v. Wyeth, et al | USDC ND IL |
| 4:04-cv-00996-WRW | Jenkins, et al v. Wyeth, et al | USDC ND TX |
| 4:04-cv-00998-WRW | Smith, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01001-WRW | Stuart, et al v. Wyeth, et al | USDC ED OK |
| 4:04-cv-01022-WRW | Ammons, et al v. Wyeth, et al | USDC ND TX |
| 4:04-cv-01036-WRW | Carroll, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01037-WRW | Contreras v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01041-WRW | Kennedy, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01053-WRW | Mohr, et al v. Pharmacia & Upjohn, et al | USDC MN |
| 4:04-cv-01062-WRW | Straube, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01063-WRW | Fisher v. Wyeth, et al | USDC MN |
| 4:04-cv-01064-WRW | Leibelt, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01073-WRW | Kalergis, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01085-WRW | Smith v. Wyeth, et al | USDC MN |
| 4:04-cv-01086-WRW | Harris v. Wyeth, et al | USDC MN |
| 4:04-cv-01088-WRW | Pruitt v. Wyeth Pharmaceutical, et al | USDC MN |
| 4:04-cv-01089-WRW | Taasaas, et al v. Wyeth, et al | USDC ND IL |
| 4:04-cv-01090-WRW | Peterson, et al v. Wyeth Inc, et al | USDC ND IL |
| 4:04-cv-01113-WRW | Knighten, et al v. Wyeth, et al | USDC SD TX |
| 4:04-cv-01123-WRW | Barbour, et al v. Wyeth Inc, et al | USDC CD CA |
| 4:04-cv-01157-WRW | Ristau v. Wyeth Pharmaceutical, et al | USDC ND IN |
| 4:04-cv-01158-WRW | Spurr v. Wyeth Inc | USDC SD/IN |
| 4:04-cv-01184-WRW | Green, et al v. Wyeth Inc, et al | USDC SD WV |
| 4:04-cv-01193-WRW | Morgan-McKenna, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01197-WRW | Blakely v. Wyeth, et al | USDC MN |
| 4:04-cv-01198-WRW | Frazen, et al v. Wyeth et al | USDC MN |
| 4:04-cv-01199-WRW | Lydie, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01270-WRW | Bourgeois, et al v. Wyeth Pharm, et al | USDC SD MS |
| 4:04-cv-01282-WRW | Corso v. Wyeth, et al | USDC CT |
| 4:04-cv-01297-WRW | Anderson v. Wyeth, et al | USDC MN |
| 4:04-cv-01307-WRW | Landry, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01329-WRW | Webb, et al v. Wyeth | USDC ND TX |
| 4:04-cv-01377-WRW | May, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01379-WRW | King, et al v. Wyeth Inc, et al | USDC ED LA |
| 4:04-cv-01383-WRW | Malik v. Wyeth, et al | USDC ED VA |
| 4:04-cv-01384-WRW | Eural v. Wyeth, et al | USDC ED VA |

| | | |
|---|---|---|
| 4:04-cv-01386-WRW | Swaggerty v. Wyeth | USDC ED VA |
| 4:04-cv-01397-WRW | Bell, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01401-WRW | Malfitano v. Wyeth, et al | USDC DE |
| 4:04-cv-01403-WRW | Main, et al v. Wyeth, et al | USDC MD |
| 4:04-cv-01404-WRW | Tappan, et al v. Wyeth, et al | USDC MD |
| 4:04-cv-01410-WRW | Davis v. Wyeth Inc, et al | USDC ND TX |
| 4:04-cv-01427-WRW | Goldrich v. Wyeth, et al | USDC ND IL |
| 4:04-cv-01440-WRW | Foster v. Wyeth Inc, et al | USDC MN |
| 4:04-cv-01441-WRW | Welch v. Wyeth Inc, et al | USDC MN |
| 4:04-cv-01467-WRW | Bowman, et al v. Wyeth, et al | USDC ED TN |
| 4:04-cv-01530-WRW | Jackson v. Wyeth Inc, et al | USDC M/D LA |
| 4:04-cv-02256-WRW | Baker, et al v. Pfizer Inc, et al | USDC SD NY |
| 4:04-cv-02260-WRW | Sharma, et al v. Wyeth Inc, et al | USDC M/D LA |
| 4:04-cv-02261-WRW | Golay, et al v. Wyeth Pharm, et al | USDC WD OK |
| 4:04-cv-02263-WRW | Williams v. Wyeth Inc, et al | USDC ND FL |
| 4:04-cv-02264-WRW | Banoff, et al v. Pharmacia & Upjohn, et al | USDC SD FL |
| 4:04-cv-02268-WRW | Brock v. Wyeth, et al | USDC ND TX |
| 4:04-cv-02269-WRW | Cox, et al v. Wyeth, et al | USDC KS |
| 4:04-cv-02278-WRW | Barefoot, et al v. Wyeth et al | USDC ND AL |
| 4:04-cv-02280-WRW | Pollace v. Wyeth Pharmaceutical, et al | USDC ED PA |
| 4:04-cv-02282-WRW | Sonier, et al v. Wyeth Pharm, et al | USDC ED PA |
| 4:04-cv-02283-WRW | Gage v. Wyeth, et al | USDC ND IL |
| 4:04-cv-02285-WRW | Gaudin, et al v. Wyeth Inc, et al | USDC M/D LA |
| 4:04-cv-02295-WRW | Sauls v. Wyeth, et al | USDC SC |
| 4:04-cv-02314-WRW | Gibbons, et al v. Wyeth Inc, et al | USDC CT |
| 4:05-cv-00001-WRW | Swingle v. Wyeth Inc, et al | USDC WD MO |
| 4:05-cv-00002-WRW | Case, et al v. Wyeth Inc, et al | USDC WD MO |
| 4:05-cv-00003-WRW | Decker v. Bristol-Myers Squibb, et al | USDC NV |
| 4:05-cv-00007-WRW | Lemmon, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00008-WRW | Kuball, et al v. Wyeth Inc, et al | USDC MN |
| 4:05-cv-00026-WRW | Harris v. Wyeth Inc, et al | USDC SD NY |
| 4:05-cv-00027-WRW | Giberson, et al v. Wyeth Inc, et al | USDC WD MO |
| 4:05-cv-00028-WRW | Howell v. Wyeth Inc | USDC WD PA |
| 4:05-cv-00034-WRW | Honeywell, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:05-cv-00035-WRW | Page v. Novartis Pharm Corp | USDC WD NY |
| 4:05-cv-00039-WRW | Clay, et al v. Wyeth, et al | USDC WD MO |
| 4:05-cv-00041-WRW | Czwakiel, et al v. Wyeth Inc, et al | USDC MA |
| 4:05-cv-00042-WRW | Walters, et al v. Wyeth Inc, et al | USDC CD IL |
| 4:05-cv-00045-WRW | Bates, et al v. Wyeth Inc, et al | USDC WD LA |
| 4:05-cv-00047-WRW | Self, et al v. Wyeth Pharmaceutical, et al | USDC CO |

| Case Number | Case Name | Court |
|---|---|---|
| 4:05-cv-00050-WRW | McKenzie v. Wyeth Pharmaceutical | USDC WD OK |
| 4:05-cv-00051-WRW | House v. Wyeth Pharmaceutical | USDC WD OK |
| 4:05-cv-00053-WRW | Silva, et al v. Wyeth Inc, et al | USDC CT |
| 4:05-cv-00063-WRW | Clark v. Solvay Inc | USDC ED MO |
| 4:05-cv-00066-WRW | Devoe v. Wyeth, et al | USDC ED NY |
| 4:05-cv-00071-WRW | Hanrahan, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00074-WRW | Land v. Wyeth Inc, et al | USDC MD |
| 4:05-cv-00077-WRW | Horvat, et al v. Wyeth, et al | USDC AZ |
| 4:05-cv-00087-WRW | Hargrave v. Wyeth Inc, et al | USDC SD MS |
| 4:05-cv-00088-WRW | Thompson, et al v. Wyeth Inc, et al | USDC ED CA |
| 4:05-cv-00089-WRW | Waddell, et al v. Wyeth Inc, et al | USDC ED CA |
| 4:05-cv-00099-WRW | Larsen-Lansford, et al v. Wyeth Inc, et al | USDC ED CA |
| 4:05-cv-00101-WRW | Bowers, et al v. Wyeth Inc, et al | USDC MN |
| 4:05-cv-00114-WRW | Bowles, et al v. Wyeth Inc, et al | USDC ED CA |
| 4:05-cv-00121-WRW | Jimenez v. Wyeth Inc, et al | USDC MD FL |
| 4:05-cv-00132-WRW | Yeauger v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00133-WRW | Albright, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00151-WRW | Carranza v. Wyeth, | USDC ND CA |
| 4:05-cv-00152-WRW | Wankier v. Wyeth, | USDC UT |
| 4:05-cv-00164-WRW | Nina Schilling v. Wyeth | USDC ND NY |
| 4:05-cv-00166-WRW | Brown v. Wyeth Inc, et al | USDC SD GA |
| 4:05-cv-00167-WRW | Bryant, et al v. Wyeth, et al | USDC WD WA |
| 4:05-cv-00168-WRW | Heth, et al v. Wyeth Inc, et al | USDC MT |
| 4:05-cv-00169-WRW | Bush v. Wyeth Inc, et al, | USDC ND TX |
| 4:05-cv-00174-WRW | Waites, et al v. Wyeth, et al | USDC MD AL |
| 4:05-cv-00182-WRW | McClure, et al v. Wyeth, et al | USDC SC |
| 4:05-cv-00185-WRW | Sheffield v. Wyeth Inc, et al | USDC ND MS |
| 4:05-cv-00188-WRW | Meade, et al v. Wyeth Inc, et al | USDC WD VA |
| 4:05-cv-00191-WRW | Toitch, et al v. Wyeth Inc, et al | USDC N/D OH |
| 4:05-cv-00193-WRW | Gornor, et al v. Wyeth Inc, et al | USDC M/D LA |
| 4:05-CV-00194-WRW | Bonnett v. Wyeth | USDC M/D FL |
| 4:05-cv-00195-WRW | Dye v. Wyeth | USDC M/D FL |
| 4:05-cv-00196-WRW | Danitz v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00197-WRW | Gutchman v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00198-WRW | Turonis v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00199-WRW | Baldy v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00200-WRW | Wittig v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00201-WRW | Fowle v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00202-WRW | Supplee v. Wyeth Inc, et al | USDC M/D FL |
| 4:05-cv-00203-WRW | Costa v. Wyeth Inc, et al | USDC M/D FL |

| | | |
|---|---|---|
| 4:05-cv-00359-WRW | Shah, et al v. Wyeth Pharmaceutical, et al | USDC C/D CA |
| 4:05-cv-00367-WRW | Consorti v. Wyeth et al | USDC  DCT |
| 4:05-cv-00366-WRW | Lynn v. Wyeth, et al | USDC N/D AL |
| 4:05-cv-00365-WRW | Mackenzie v. Wyeth, et al | USDC N/D UT |
| 4:05-cv-00376-WRW | Mathews, et al v. Wyeth, et al | USDC C/D CA |
| 4:05-cv-00520-WRW | Nina Reilly v. Wyeth | USDC SD NY |
| 4:05-cv-00521-WRW | Kramer v. Wyeth Inc, et al | USDC SD NY |
| 4:05-cv-00524-WRW | Avery, et al v. Wyeth Inc, et al | USDC CD CA |
| 4:05-cv-00528-WRW | Spravzoff v. Wyeth, et al | USDC ND |
| 4:05-cv-00530-WRW | Strickland, et al v. Barr Pharm et al | USDC ND MS |
| 4:05-cv-00534-WRW | Arcuri v. Solvay Inc, et al | USDC ED LA |
| 4:05-cv-00535-WRW | Ashenfelter v. Wyeth Inc, et al | USDC MN |
| 4:05-cv-00533-WRW | Harris v. Wyeth Inc, et al | USDC MT |
| 4:05-cv-00549-WRW | Toomey, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00548-WRW | Bierfass, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00550-WRW | Beemon, et al v. Wyeth Pharm, et al | USDC SD MS |
| 4:05-cv-00553-WRW | McCoy v. Wyeth, et al | USDC MN |
| 4:05-cv-00552-WRW | Meastas, et al v. Wyeth, et al | USDC ED TX |
| 4:05-cv-00555-WRW | Falk, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00556-WRW | Sevilla, et al v. Wyeth Pharm, et al | USDC MN |
| 4:05-cv-00557-WRW | Lehman, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00558-WRW | Andenoro, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00554-WRW | Fortner v. Wyeth Inc, et al | USDC MD FL |
| 4:05-cv-00559-WRW | Grimes, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00560-WRW | Guarrieri, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00572-WRW | Slocum v. Wyeth Inc, et al | USDC ND TX |
| 4:05-cv-00565-WRW | Campbell v. Wyeth, et al | USDC CD CA |
| 4:05-cv-00564-WRW | Couch v. Wyeth, et al | USDC CD CA |
| 4:05-cv-00577-WRW | Ryan, et al v. Wyeth Inc, et al | USDC WD MO |
| 4:05-cv-00578-WRW | Roberts v. Wyeth Inc, et al | USDC WD MO |